UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARLA JONES, | ) |
| | ) CASE NO. C13-1749-TSZ-MAT |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) REPORT AND RECOMMENDATION |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |
| | ) |

Following plaintiff's failure to submit an Opening Brief, the Court issued an Order to Show Cause why the Court should not recommend entry of judgment dismissing this case for failure to comply with the Court's scheduling order. (Dkt. 21.) Plaintiff responded to the Court's Order with a letter indicating she is "no longer pursuing" this case, asking that the Court "cancel the upcoming actions of [the] case[,]" and indicating her intent to file a new claim. (Dkt. 22.) The Court construes plaintiff's response as a motion for voluntary dismissal and recommends that the Court grant the construed motion and dismiss this case.

DATED this 19th day of March, 2014.

Mary Alice Theiler
Chief United States Magistrate Judge

REPORT AND RECOMMENDATION
PAGE -1