01

02

03

04                      UNITED STATES DISTRICT COURT
                        WESTERN DISTRICT OF WASHINGTON
05                               AT SEATTLE

06   MARLA JONES,                          )
                                           )   CASE NO. C13-1749-TSZ
07             Plaintiff,                   )
                                           )
08       v.                                 )   ORDER GRANTING VOLUNTARY
                                           )   DISMISSAL
09   CAROLYN W. COLVIN, Acting              )
     Commissioner of Social Security,       )
10                                         )
               Defendant.                   )
11   _____ )

12        The Court, having reviewed the Report and Recommendation of United States

13   Magistrate Judge Mary Alice Theiler, docket no. 23, to which no objection was timely filed,

14   hereby ORDERS:

15        (1)    The Court adopts the Report and Recommendation;

16        (2)    Plaintiff's case is DISMISSED, without prejudice; and

17        (3)    The Clerk shall direct copies of this Order to plaintiff, to counsel for defendant,

18   and to Judge Theiler.

19        DATED this 11th day of April, 2014.

20

21                                      _____
                                        THOMAS S. ZILLY
22                                      United States District Judge

ORDER GRANTING VOLUNTARY DISMISSAL
PAGE -1